### STATE BOARD OF PHARMACY v. CORNELL.

(Supreme Court, Appellate Division, First Department.   December 14, 1906.)

Appeal from Special Term, Nassau County.

Action by the State Board of Pharmacy against Jarvis M. Cornell. Appeal by defendant from an order denying a motion to change the place of trial.   Reversed.

Argued   before   PATTERSON,   INGRAHAM,   LAUGHLIN, CLARKE, and SCOTT, JJ.

John Lyon, for appellant.
Hieronimus A. Herold, for respondent.

PER CURIAM.   The material facts of this case bring it within the rule laid down in the opinion in State Board of Pharmacy v. Rhinehardt (argued and decided herewith), 101 N. Y. Supp. 769; and, upon the authority of the decision therein, the order is reversed, with $10 costs and disbursements, and motion for change of place of trial granted, without costs.

INGRAHAM, J., dissents.